ACCEPTED
04-15-00268-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/13/2015 6:15:26 PM
KEITH HOTTLE
CLERK

# GALOW & SMITH

*Attorneys at Law*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/13/2015 6:15:26 PM
KEITH E. HOTTLE
Clerk

*1204 Nueces Street*
*Austin, Texas 78701*
*(512) 481-0200*
*(512) 481-0250 facsimile*

*Jerry Galow**
*Justin Studdard*

\* Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

May 13, 2015

Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

RE:    Court of Appeals Number:    04-15-00268-CV
       Trial Court Case Number:    2014-CI-10872
       Style:   Amatuer Athletic Union of the United States, Inc., Paul Campbell, Rod Seaford,
                and Charles Oliver v. Augustus Bray

To The Honorable Court of Appeals:

Appellee Augustus Bray hereby gives notice to the Court and all parties herein of the appearance of counsel for Appellee in this case as follows:

> **Justin Studdard**
> **Texas State Bar No. 24077158**
> **GALOW & SMITH, P.C.**
> **1204 Nueces Street**
> **Austin, Texas 78701**
> **(512) 481-0200 (Telephone)**
> **(512) 481-0250 (Telefax)**
> **justin@galowlaw.com**

> **Paralegal:**    **Jolynn Minikus**
>                   **jolynn@galowlaw.com**

Please include Jerry Galow, Justin Studdard, and Jolynn Minikus of Galow & Smith, P.C. on the list of counsel to be served with pleadings, motions, and other court papers of this cause.

Thank you for your assistance in this matter.

Page 1 of 2

Sincerely

Justin Studdard

cc:
Dannick Villasenor-Hernandez (DELIVERED VIA E-MAIL)
Ruth G. Malinas (DELIVERED VIA E-MAIL)
Lewin Plunkett (DELIVERED VIA E-MAIL)